MICHAEL K. BRISBIN  SBN 169495)
michael.brisbin@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-9295
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

MARK A. CAMPBELL
Email: mcampbell@murphycampbell.com
MURPHY CAMPBELL GUTHRIE AND ALLISTON
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
(916) 484-3501 x204
Fax: (916) 484-3511

Attorneys for Defendant
PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,** <br><br> Plaintiff, <br><br> v. <br><br> **PETER SFAKIANOS, M.D. and DOES 1-10,** <br><br> Defendants. | Case No. 2:11-cv-00254-JAM-DAD <br><br> **STIPULATION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME TO FILE JOINT STATUS REPORT (LR 143)** <br><br> Hon. John A. Mendez |

The Parties, Plaintiff The United States Life Insurance Company in the City of New York ("Plaintiff"), and Defendant Peter Sfakianos, M.D. ("Defendant"), through their attorneys of record,

1

STIPULATION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME FOR FILING OF JOINT STATUS REPORT
LR 144(a) Case No. 2:11-cv-00254-JAM-DAD

**Error! Unknown document property name.**

PDF created with pdfFactory trial version www.pdffactory.com

1  hereby request that this Court extend the time period to file their Joint Status Report for good cause
2  as follows:
3       Pursuant to this Court's Order Requiring Joint Status Report, the Parties are to file their joint
4  status report within 60 days of service of the complaint.  Defendant was served on February 28,
5  2011, requiring the joint status report to be filed by April 29, 2011.  The Parties have met and
6  conferred on a number of issue to be addressed in the report.
7       However, due to Plaintiff's counsel being away from April 25 through May 2, 2011, counsel
8  are unable to complete their discussions and to finalize the report for filing by April 29, 2011.
9  Therefore, the parties request that the time for filing the Joint Status Report for an additional two
10 weeks, to May 13, 2011.

SO STIPULATED:

Date:  April 26, 2011          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                               By:    /s/ Dennis J. Rhodes
                                      MICHAEL K. BRISBIN
                                      DENNIS J. RHODES
                                      Attorneys for Plaintiff
                                      THE UNITED STATES LIFE INSURANCE COMPANY IN
                                      THE CITY OF NEW YORK

Date:  April  26, 2011         MURPHY, CAMPBELL, GUTHRIE & ALLISTON

                               By:  /s/ Mark A. Campbell
                                    MARK A. CAMPBELL
                                    Attorneys for Defendant
                                    PETER SFAKIANOS, M.D.

IT IS SO ORDERED:

Dated:  4/26/2011                               /s/ John A. Mendez
                                                Hon. John A. Mendez
                                                United States District Judge

2

STIPULATION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME FOR FILING OF JOINT STATUS REPORT
LR 144(a) Case No. 2:11-cv-00254-JAM-DAD

**Error! Unknown document property name.**

PDF created with pdfFactory trial version www.pdffactory.com