(SPACE BELOW FOR FILING STAMP ONLY)

MARK A. CAMPBELL (SB# 93595)
**MURPHY, CAMPBELL, GUTHRIE & ALLISTON**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
mcapmbell@murphycampbell.com

Attorneys for Defendant PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>Plaintiff(s),<br><br>vs.<br><br>PETER SFAKIANOS, M.D. and DOES 1-10,<br><br>Defendant(s). | Case No. 2:11-cv-00254-JAM-DAD<br><br>**STIPULATION OF THE PARTIES TO EXTEND DEADLINE FOR EXPERT DISCLOSURES AND ORDER**<br><br><br>Complaint Filed:    January 27, 2011 |

**STIPULATION TO EXTEND EXPERT DISCLOSURES**

The parties, by and through their attorneys of record, hereby stipulate to extend the deadline for expert disclosures from the dates assigned in the Pretrial Scheduling Order. Pursuant to that Order, initial expert disclosures were to occur by March 14, 2012, and supplemental expert disclosures were to occur by March 28, 2012.  The parties hereby stipulate to extend those dates by two weeks.  Pursuant to this stipulation, initial expert disclosures are now to occur by March 28, 2012, and supplemental expert disclosures are to occur by April 11, 2012.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  March 6, 2012				WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:		*/s/ Dennis J. Rhodes*
			Dennis J. Rhodes
			Attorney for Plaintiff
			THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK


DATED:  March 6, 2012				MURPHY, CAMPBELL, GUTHRIE & ALLISTON


By:		*/s/ Mark A. Campbell*
			Mark A. Campbell
			Attorney for Defendant
			PETER SFAKIANOS, M.D.


**IT IS SO ORDERED:**

DATED:  March 6, 2012		/s/ John A. Mendez
					HON. JOHN A. MENDEZ
					UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com