(SPACE BELOW FOR FILING STAMP ONLY)

Mark A. Campbell (SB# 93595)
**Murphy, Campbell, Guthrie & Alliston**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
mcapmbell@murphycampbell.com

Attorneys for Defendant PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>Plaintiff(s),<br><br>vs.<br><br>PETER SFAKIANOS, M.D. and DOES 1-10,<br><br>Defendant(s). | Case No. 2:11-cv-00254-JAM-DAD<br><br>**STIPULATION OF THE PARTIES TO EXTEND DEADLINE FOR EXPERT DISCLOSURES and ORDER**<br><br><br><br>Complaint Filed:    January 27, 2011 |

## STIPULATION TO EXTEND EXPERT DISCLOSURES

The parties, by and through their attorneys of record, hereby stipulate to extend the deadline for expert disclosures. The deadline was March 14, 2012 pursuant to the Pretrial Scheduling Order. The parties previously stipulated and the court ordered the deadline to March 28. Pursuant to that Order, initial expert disclosures were to occur by March 28, 2012, and supplemental expert disclosures were to occur by April 11, 2012.  The parties hereby stipulate to extend those dates by two weeks.  Pursuant to this stipulation, initial expert disclosures are now to occur by April 13, 2012, and supplemental expert disclosures are to occur by April 27, 2012.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

This extension is requested because one of Defendant's experts has requested additional financial records which will take some time to locate, retrieve, and organize. Defendant has agreed to make those records immediately available to Plaintiff's counsel.

DATED:  March 28, 2012                    WILSON,   ELSER,   MOSKOWITZ,   EDELMAN   &
                                          DICKER LLP


                              By:    ___/s/ Dennis J. Rhodes_____
                                     Dennis J. Rhodes
                                     Attorney for Plaintiff
                                     THE   UNITED   STATES   LIFE   INSURANCE
                                     COMPANY IN THE CITY OF NEW YORK


DATED:  March 28, 2012                    MURPHY, CAMPBELL, GUTHRIE & ALLISTON


                              By:    ___/s/ Mark A. Campbell_____
                                     Mark A. Campbell
                                     Attorney for Defendant
                                     PETER SFAKIANOS, M.D.


**IT IS SO ORDERED**:

DATED:   3/28/2012

                                     /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com