(SPACE BELOW FOR FILING STAMP ONLY)

MARK A. CAMPBELL (SB# 93595)
**MURPHY, CAMPBELL, GUTHRIE & ALLISTON**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
mcapmbell@murphycampbell.com

Attorneys for Defendant PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>Plaintiff(s),<br><br>vs.<br><br>PETER SFAKIANOS, M.D. and DOES 1-10,<br><br>Defendant(s). | Case No. 2:11-cv-00254-JAM-DAD<br><br>**STIPULATION OF THE PARTIES TO EXTEND DEADLINE FOR EXPERT DISCLOSURES and ORDER**<br><br>Complaint Filed:     January 27, 2011 |

**STIPULATION TO EXTEND EXPERT DISCLOSURES**

The parties, by and through their attorneys of record, hereby stipulate to extend the deadline for expert disclosures. The deadline was March 14, 2012 pursuant to the Pretrial Scheduling Order. The parties previously stipulated and the court ordered the deadline to March 28. Pursuant to that Order, initial expert disclosures were to occur by March 28, 2012, and supplemental expert disclosures were to occur by April 11, 2012.  The parties hereby stipulate to extend those dates by two weeks.  Pursuant to this stipulation, initial expert disclosures are now to occur by April 13, 2012, and supplemental expert disclosures are to occur by April 27, 2012.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

This extension is requested because one of Defendant's experts has requested additional financial records which will take some time to locate, retrieve, and organize. Defendant has agreed to make those records immediately available to Plaintiff's counsel.

DATED: March 28, 2012    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    */s/ Dennis J. Rhodes*
Dennis J. Rhodes
Attorney for Plaintiff
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

DATED: March 28, 2012    MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By:    */s/ Mark A. Campbell*
Mark A. Campbell
Attorney for Defendant
PETER SFAKIANOS, M.D.

**IT IS SO ORDERED:**

DATED:  3/28/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE