MICHAEL K. BRISBIN  SBN 169495)
michael.brisbin@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-9295
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>            Plaintiff,<br><br>     v.<br><br>PETER SFAKIANOS, M.D. and DOES 1-10,<br><br>            Defendants. | Case No. 2:11-cv-00254-JAM-DAD<br><br>**ORDER GRANTING PLAINTIFF U.S. LIFE'S REQUEST TO SEAL DOCUMENTS**<br>LR 141<br>Hon. John A. Mendez<br><br>**Supporting Documents:**<br>1. Notice of Request to Seal Documents;<br>2. Request to Seal Documents |

The request of plaintiff The United States Life Insurance Company in the City of New York hereby files this Request to Seal Documents came before this Court in due course. For good cause appearing, it is ordered that the documents filed with the Request to File Documents under Seal is GRANTED. Sealing is necessary to protect Defendant's confidential financial and tax information.

Persons entitled to access the confidential documents filed under seal is limited to defendant Dr. Peter Sfakianos, his attorneys or agents, and officers and employees of this Court.

The sealing order shall remain in place until the end of this case either through judgment, settlement or appeal.

IT IS SO ORDERED:

Dated: 9/5/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge