1  MICHAEL K. BRISBIN  SBN 169495)
    michael.brisbin@wilsonelser.com
2  DENNIS J. RHODES  (SBN 168417)
    dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
    EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
    San Francisco, CA  94105
5  Telephone:     (415) 433-9295
    Facsimile:      (415) 434-1370
6
    Attorneys for Plaintiff
7  THE UNITED STATES LIFE INSURANCE
    COMPANY IN THE CITY OF NEW YORK
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>          Plaintiff,<br><br>     v.<br><br>PETER SFAKIANOS, M.D. and DOES 1-10,<br><br>          Defendants. | Case No. 2:11-cv-00254-JAM-DAD<br><br>**ORDER GRANTING PLAINTIFF U.S. LIFE'S REQUEST TO SEAL DOCUMENTS**<br>LR 141<br>Hon. John A. Mendez<br><br>**Supporting Documents:**<br>1. Notice of Request to Seal Documents;<br>2. Request to Seal Documents |

1  The request of plaintiff The United States Life Insurance Company in the City of New
2 York hereby files this Request to Seal Documents came before this Court in due course. For good
3 cause appearing, it is ordered that the documents filed with the Request to File Documents under
4 Seal is GRANTED. Sealing is necessary to protect Defendant's confidential financial and tax
5 information.
6  Persons entitled to access the confidential documents filed under seal is limited to
7 defendant Dr. Peter Sfakianos, his attorneys or agents, and officers and employees of this Court.
8  The sealing order shall remain in place until the end of this case either through judgment,
9 settlement or appeal.

11 IT IS SO ORDERED:

13 Dated: 9/5/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge