1  MICHAEL K. BRISBIN  SBN 169495)
   michael.brisbin@wilsonelser.com
2  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-9295
   Facsimile:     (415) 434-1370
6
   Attorneys for Plaintiff
7  THE UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK
8

9  MARK A. CAMPBELL SBN 93595
   Email: mcampbell@murphycampbell.com
10 GEORGE E. MURPHY SBN 91806
   Email: gmurphy@murphycampbell.com
11 MURPHY CAMPBELL GUTHRIE AND ALLISTON
   8801 Folsom Boulevard, Suite 230
12 Sacramento, CA 95826
   (916) 484-3501 x204
13 Fax: (916) 484-3511

14
   Attorneys for Defendant
15 PETER SFAKIANOS, M.D.

16                **UNITED STATES DISTRICT COURT**

17                **EASTERN DISTRICT OF CALIFORNIA**

18

19 | **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,** | ) ) ) | Case No. 2:11-cv-00254-JAM-DAD |
   
             Plaintiff,

       v.

   **PETER SFAKIANOS, M.D. and DOES 1-10,**

             Defendants.

   **STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL AND TRIAL DATES AND THE HEARING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER: (LR 143, 144)**

   Hon. John A. Mendez

1    The Parties, Plaintiff The United States Life Insurance Company in the City of New York
2    ("Plaintiff"), and Defendant Peter Sfakianos, M.D. ("Defendant"), through their attorneys of record,
3    hereby request that this Court continue the hearing date of Plaintiff's motion for summary judgment
4    or summary adjudication current set for October 3, 2012, to the week of November 22, 2012, for
5    good cause as follows:
6    The Parties have agreed to put their efforts toward resolving this matter. To that end, the
7    Parties have scheduled mediation with the Hon. Edward Infante, Ret. of JAMS on October 29,
8    2012. Although the Parties had desired to mediate with Judge Infante on an earlier date, October
9    29, 2012, is the earliest available date on Judge Infante's calendar.
10   The Parties believe that their efforts at this time are best directed at resolving this matter.
11   The Parties also believe it will conserve judicial resources to allow the mediation to proceed prior to
12   a hearing of the pending motion. To the extent the settlement efforts are not successful, continuing
13   the current hearing to late November will allow the parties time to finalize the briefing required for
14   the motion.
15   Therefore, in view of the foregoing, the Parties hereby submit this stipulation for an order
16   continuing the hearing pretrial and trial dates as follows:

17   Hearing date on the summary judgment:    Dec. 5, 2012 at 9:30 a.m.
18   Joint pretrial statement:    January 25, 2013.
19   Pretrial conference:    February 1, 2013 at 10:00 a.m.
20   Trial:    Monday, April 29, 2012 at 9:00 a.m.

21   SO STIPULATED:
22   Date: September 17, 2012    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

23                    By: */s/ Dennis J. Rhodes*
                      MICHAEL K. BRISBIN
24                    DENNIS J. RHODES
                      Attorneys for Plaintiff
25                    THE UNITED STATES LIFE INSURANCE COMPANY IN
                      THE CITY OF NEW YORK
26

27   SIGNATURE PAGE CONTINUED ON NEXT PAGE
28

1  Date:  September 17, 2012                MURPHY, CAMPBELL, GUTHRIE & ALLISTON

2                                                         By: */s/ Mark A. Campbell*
                                                          MARK A. CAMPBELL
3                                                         Attorneys for Defendant
                                                          PETER SFAKIANOS, M.D.
4

5

6  **IT IS SO ORDERED:**

7

8  Dated:  9/18/2012                                     /s/ John A. Mendez
                                                          Hon. John A. Mendez
9                                                         United States District Court Judge

3

STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL, TRIAL DATES AND HEARING DATE
OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT LR 144(a)
Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**