MICHAEL K. BRISBIN  SBN 169495)
michael.brisbin@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-9295
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

MARK A. CAMPBELL SBN 93595
Email: mcampbell@murphycampbell.com
GEORGE E. MURPHY SBN 91806
Email: gmurphy@murphycampbell.com
MURPHY CAMPBELL GUTHRIE AND ALLISTON
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
(916) 484-3501 x204
Fax: (916) 484-3511

Attorneys for Defendant
PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,**<br><br>          Plaintiff,<br><br>     v.<br><br>**PETER SFAKIANOS, M.D. and DOES 1-10,**<br><br>          Defendants. | Case No. 2:11-cv-00254-JAM-DAD<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL AND TRIAL DATES AND THE HEARING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER: (LR 143, 144)**<br><br>Hon. John A. Mendez |

1

1  The Parties, Plaintiff The United States Life Insurance Company in the City of New York
2  ("Plaintiff"), and Defendant Peter Sfakianos, M.D. ("Defendant"), through their attorneys of record,
3  hereby request that this Court continue the hearing date of Plaintiff's motion for summary judgment
4  or summary adjudication current set for October 3, 2012, to the week of November 22, 2012, for
5  good cause as follows:

6  The Parties have agreed to put their efforts toward resolving this matter. To that end, the
7  Parties have scheduled mediation with the Hon. Edward Infante, Ret. of JAMS on October 29,
8  2012. Although the Parties had desired to mediate with Judge Infante on an earlier date, October
9  29, 2012, is the earliest available date on Judge Infante's calendar.

10  The Parties believe that their efforts at this time are best directed at resolving this matter.
11  The Parties also believe it will conserve judicial resources to allow the mediation to proceed prior to
12  a hearing of the pending motion. To the extent the settlement efforts are not successful, continuing
13  the current hearing to late November will allow the parties time to finalize the briefing required for
14  the motion.

15  Therefore, in view of the foregoing, the Parties hereby submit this stipulation for an order
16  continuing the hearing pretrial and trial dates as follows:

17  Hearing date on the summary judgment:   Dec. 5, 2012 at 9:30 a.m.
18  Joint pretrial statement:   January 25, 2013.
19  Pretrial conference:   February 1, 2013 at 10:00 a.m.
20  Trial:   Monday, April 29, 2012 at 9:00 a.m.

21  SO STIPULATED:

22  Date:  September 17, 2012    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

23  By: */s/ Dennis J. Rhodes*
    MICHAEL K. BRISBIN
24  DENNIS J. RHODES
    Attorneys for Plaintiff
25  THE UNITED STATES LIFE INSURANCE COMPANY IN
26  THE CITY OF NEW YORK

27  SIGNATURE PAGE CONTINUED ON NEXT PAGE

28

1  Date:  September 17, 2012          MURPHY, CAMPBELL, GUTHRIE & ALLISTON

2                                     By: */s/ Mark A. Campbell*
3                                     MARK A. CAMPBELL
                                      Attorneys for Defendant
4                                     PETER SFAKIANOS, M.D.

5

6  **IT IS SO ORDERED:**

7

8  Dated:  9/18/2012                              /s/ John A. Mendez
                                                  Hon. John A. Mendez
9                                                 United States District Court Judge

3

STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL, TRIAL DATES AND HEARING DATE
OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT LR 144(a)
Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**