(SPACE BELOW FOR FILING STAMP ONLY)

M<small>ARK</small> A. C<small>AMPBELL</small> (SB# 93595)
G<small>EORGE</small> E. M<small>URPHY</small> (SB# 91806)
**M<small>URPHY</small>, C<small>AMPBELL</small>, G<small>UTHRIE</small> & A<small>LLISTON</small>**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
mcapmbell@murphycampbell.com

Attorneys for Defendant PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>Plaintiff(s),<br><br>vs.<br><br>PETER SFAKIANOS, M.D. and DOES 1-10,<br><br>Defendant(s). | Case No. 2:11-cv-00254-JAM-DAD<br><br>**ORDER GRANTING DEFENDANT PETER SFAKIANOS, M.D.'S REQUEST TO SEAL DOCUMENTS (LOCAL RULE 141)**<br><br>Hon. John A. Mendez |

The Request of Defendant Peter Sfakianos, M.D. to Seal Documents came before this Court in due course. For good cause appearing, it is ordered that the documents filed with the Request to File Documents under Seal is GRANTED. Sealing is necessary to protect Defendant's confidential financial and tax information and personal medical and health information.

Persons entitled to access the confidential documents filed under seal is limited to The United States Life Insurance Company in the City of New York, its attorneys or agents, defendant and his attorneys and agents and officers and employees of this Court.

///

///

///

- 1 -

ORDER GRANTING DEFENDANT PETER SFAKIANOS, M.D.'S REQUEST TO SEAL DOCUMENTS (LOCAL RULE 141)

The sealing order shall remain in place until the end of this case either through judgment, settlement or appeal.

IT IS SO ORDERED.

DATED: 11/26/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge