MICHAEL K. BRISBIN  SBN 169495)
michael.brisbin@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-9295
Facsimile:     (415) 434-1370

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>           Plaintiff,<br><br>     v.<br><br>PETER SFAKIANOS, M.D. and DOES 1-10,<br><br>           Defendants. | Case No. 2:11-cv-00254-JAM-DAD<br><br>**ORDER GRANTING PLAINTIFF U.S. LIFE'S REQUEST TO SEAL DOCUMENTS**<br>LR 141<br>Hon. John A. Mendez<br><br>**Supporting Documents:**<br>**1. Notice of Request to Seal Documents;**<br>**2. Request to Seal Documents** |

---
1
[PROPOSED]ORDER TO FILE DOCUMENTS UNDER SEAL
Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**

1  The request of plaintiff The United States Life Insurance Company in the City of New
2  York hereby files this Request to Seal Documents came before this Court in due course. For good
3  cause appearing, it is ordered that the documents filed with the Request to File Documents under
4  Seal is GRANTED. Sealing is necessary to protect Defendant's confidential financial and tax
5  information.
6  Persons entitled to access the confidential documents filed under seal is limited to
7  defendant Dr. Peter Sfakianos, his attorneys or agents, and officers and employees of this Court.
8  The sealing order shall remain in place until the end of this case either through judgment,
9  settlement or appeal.

11  IT IS SO ORDERED:

13  Dated:   11/29/12                                           /s/ John A. Mendez
                                                                Hon. John A. Mendez
                                                                United States District Court Judge