1  MICHAEL K. BRISBIN  SBN 169495)
   michael.brisbin@wilsonelser.com
2  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:    (415) 433-9295
   Facsimile:    (415) 434-1370
6
   Attorneys for Plaintiff
7  THE UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK
8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

13  **THE UNITED STATES LIFE**          )   Case No. 2:11-cv-254-JAM-DAD
    **INSURANCE COMPANY IN THE CITY**   )
14  **OF NEW YORK,**                    )   **ORDER ON PLAINTIFF'S MOTION FOR**
                                        )   **SUMMARY JUDGMENT OR IN THE**
15              Plaintiff,              )   **ALTERNATIVE, SUMMARY**
                                        )   **ADJUDICATION**
16         v.                           )
    **PETER SFAKIANOS, M.D. and DOES 1-**)
17  **10,**                             )   Hon. John A. Mendez
                Defendants.             )
18                                      )
                                        )
19  _____     )

20

21         The motion of plaintiff, The United States Life Insurance Company in the City of New York

22  ("Plaintiff"), for summary judgment or in the alternative for summary adjudication, came before

23  this Court on January 9, 2013.  The Court, having considered the parties' papers, legal authorities,

24  the record in this case, and oral argument, HEREBY GRANTS IN PART AND DENIES, IN

25  PART, Plaintiff's motion for the reasons stated in the transcript of proceedings, attached hereto as

26  Exhibit A,  p. 16, l. 16 to p. 25, l. 11.  Plaintiff is entitled to summary adjudication on its decision to

27  deny total disability benefits to defendant Peter Sfakianos, M.D.

28  ///

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY
ADJUDICATION
Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**

1    The motion is denied as to the residual disability claim as this issue presents a question of fact for

2    the fact finder.

3

4    Approved as to form by:
     Murphy Campbell Guthrie & Alliston

5

6    /s/ Mark A. Campbell
     Mark A. Campbell

7    Counsel for Defendant
     Peter Sfakianos, M.D.

8

9
     IT IS SO ORDERED:
10

11
     Dated:  1/22/2013
12                                              /s/ John A. Mendez_____
                                                Hon. John A. Mendez
13                                              United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY
ADJUDICATION

Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**