| | |
|---|---|
| 1 | MICHAEL K. BRISBIN  SBN 169495) |
| 2 | michael.brisbin@wilsonelser.com<br>DENNIS J. RHODES  (SBN 168417) |
| 3 | dennis.rhodes@wilsonelser.com<br>WILSON, ELSER, MOSKOWITZ, |
| 4 | EDELMAN& DICKER LLP<br>525 Market Street, 17th Floor |
| 5 | San Francisco, CA  94105<br>Telephone:     (415) 433-9295 |
|   | Facsimile:     (415) 434-1370 |

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,**<br><br>            Plaintiff,<br><br>    v.<br><br>**PETER SFAKIANOS, M.D. and DOES 1-10,**<br><br>            Defendants. | Case No. 2:11-cv-254-JAM-DAD<br><br>**ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hon. John A. Mendez |

The motion of plaintiff, The United States Life Insurance Company in the City of New York ("Plaintiff"), for summary judgment or in the alternative for summary adjudication, came before this Court on January 9, 2013. The Court, having considered the parties' papers, legal authorities, the record in this case, and oral argument, HEREBY GRANTS IN PART AND DENIES, IN PART, Plaintiff's motion for the reasons stated in the transcript of proceedings, attached hereto as Exhibit A,  p. 16, l. 16 to p. 25, l. 11.  Plaintiff is entitled to summary adjudication on its decision to deny total disability benefits to defendant Peter Sfakianos, M.D.

///

The motion is denied as to the residual disability claim as this issue presents a question of fact for the fact finder.

Approved as to form by:
Murphy Campbell Guthrie & Alliston

*/s/ Mark A. Campbell*
Mark A. Campbell
Counsel for Defendant
Peter Sfakianos, M.D.

IT IS SO ORDERED:

Dated:  1/22/2013

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

---

2

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**