1  MICHAEL K. BRISBIN  SBN 169495)
   michael.brisbin@wilsonelser.com
2  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-9295
   Facsimile:     (415) 434-1370
6
   Attorneys for Plaintiff
7  THE UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK
8
9  MARK A. CAMPBELL
   Email: mcampbell@murphycampbell.com
10 MURPHY CAMPBELL GUTHRIE AND ALLISTON
   8801 Folsom Boulevard, Suite 230
11 Sacramento, CA 95826
   (916) 484-3501 x204
12 Fax: (916) 484-3511
13
   Attorneys for Defendant
14 PETER SFAKIANOS, M.D.
15
16                    UNITED STATES DISTRICT COURT
17                   EASTERN DISTRICT OF CALIFORNIA
18
19 THE UNITED STATES LIFE           )  Case No. 2:11-cv-00254-JAM-DAD
   INSURANCE COMPANY IN THE CITY    )
20 OF NEW YORK,                     )
                                    )
21          Plaintiff,              )  **STIPULATION OF THE PARTIES FOR**
                                    )  **AN ORDER CONTINUING THE**
22     v.                           )  **PRETRIAL CONFERENCE AND TRIAL:**
                                    )  **(LR 143, 144)**
23 PETER SFAKIANOS, M.D. and DOES 1-)
   10,                              )  Hon. John A. Mendez
24                                  )
            Defendants.             )
25 _____  )
26
27
28
                                    1

1    The Parties, Plaintiff The United States Life Insurance Company in the City of New York

2    ("Plaintiff"), and Defendant Peter Sfakianos, M.D. ("Defendant"), through their attorneys of record,

3    hereby request that this Court continue the pretrial conference currently set for March 1, 2013 and

4    trial currently set for April 29, 2013, for approximately 75 days for good cause as follows:

5    U.S. Life is currently reviewing Dr. Sfakianos' claim for residual disability benefits.  That

6    review is not yet complete and additional time is needed to complete the review.  Before expending

7    judicial and litigation resources to proceed to trial, the parties wish to give U.S. Life the time

8    needed to complete the review of the claim.  Therefore, the parties submit this stipulation for an

9    order extending the date of the pretrial conference and trial date to the following proposed dates, or

10   to dates as close thereto that best accommodate this Court:

11

12   Final Pretrial Conference:                    May 3, 2013 at 10:00 a.m.;

13   Jury Trial:                                    July 15, 2013 at 9:00 a.m.

14   The Parties shall file a joint pretrial conference statement one week before the pretrial

15   conference.

16

17   SO STIPULATED:

18

19   Date:   February 21, 2013        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

20                                    By:    */s/ Dennis J. Rhodes*
                                            MICHAEL K. BRISBIN
21                                          DENNIS J. RHODES
                                            Attorneys for Plaintiff
22                                          THE UNITED STATES LIFE INSURANCE COMPANY IN
23                                          THE CITY OF NEW YORK

24

25

26

27

28

STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL CONFERENCE AND TRIAL DATES LR
144(a)
Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**

Date:   February 21, 2013        MURPHY, CAMPBELL, GUTHRIE & ALLISTON

                                   By:  */s/ Mark A. Campbell*
                                        MARK A. CAMPBELL
                                        Attorneys for Defendant
                                        PETER SFAKIANOS, M.D.

IT IS SO ORDERED:


Dated:   2/21/2013                              /s/ John A. Mendez_____
                                               Hon. John A. Mendez
                                               United States District Court Judge

STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL CONFERENCE AND TRIAL DATES LR 144(a)
Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**