MICHAEL K. BRISBIN  SBN 169495)
michael.brisbin@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-9295
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

MARK A. CAMPBELL
Email: mcampbell@murphycampbell.com
MURPHY CAMPBELL GUTHRIE AND ALLISTON
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
(916) 484-3501 x204
Fax: (916) 484-3511

Attorneys for Defendant
PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,**<br><br>Plaintiff,<br><br>v.<br><br>**PETER SFAKIANOS, M.D. and DOES 1-10,**<br><br>Defendants. | Case No. 2:11-cv-00254-JAM-DAD<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL CONFERENCE AND TRIAL: (LR 143, 144)**<br><br>Hon. John A. Mendez |

1

STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL CONFERENCE AND TRIAL DATES LR 144(a)
Case No. 2:11-cv-00254-JAM-DAD
**Error! Unknown document property name.**

1  The Parties, Plaintiff The United States Life Insurance Company in the City of New York
2  ("Plaintiff"), and Defendant Peter Sfakianos, M.D. ("Defendant"), through their attorneys of record,
3  hereby request that this Court continue the pretrial conference currently set for March 1, 2013 and
4  trial currently set for April 29, 2013, for approximately 75 days for good cause as follows:
5  U.S. Life is currently reviewing Dr. Sfakianos' claim for residual disability benefits.  That
6  review is not yet complete and additional time is needed to complete the review.  Before expending
7  judicial and litigation resources to proceed to trial, the parties wish to give U.S. Life the time
8  needed to complete the review of the claim.  Therefore, the parties submit this stipulation for an
9  order extending the date of the pretrial conference and trial date to the following proposed dates, or
10 to dates as close thereto that best accommodate this Court:

12 Final Pretrial Conference:          May 3, 2013 at 10:00 a.m.;
13 Jury Trial:                         July 15, 2013 at 9:00 a.m.
14 The Parties shall file a joint pretrial conference statement one week before the pretrial
15 conference.

17 SO STIPULATED:

19 Date:  February 21, 2013        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
20                                 By:     /s/ Dennis J. Rhodes
                                           MICHAEL K. BRISBIN
21                                         DENNIS J. RHODES
                                           Attorneys for Plaintiff
22                                         THE UNITED STATES LIFE INSURANCE COMPANY IN
23                                         THE CITY OF NEW YORK

Date:   February 21, 2013        MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By: /s/ Mark A. Campbell
    MARK A. CAMPBELL
    Attorneys for Defendant
    PETER SFAKIANOS, M.D.

IT IS SO ORDERED:

Dated:  2/21/2013                             /s/ John A. Mendez
                                              Hon. John A. Mendez
                                              United States District Court Judge