(SPACE BELOW FOR FILING STAMP ONLY)

MARK A. CAMPBELL (SB# 93595)
GEORGE E. MURPHY (SB#91806)
**MURPHY, CAMPBELL, GUTHRIE & ALLISTON**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
mcampbell@murphycampbell.com

Attorneys for Defendant PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>Plaintiff(s),<br><br>vs.<br><br>PETER SFAKIANOS, M.D. and DOES 1-10,<br><br>Defendant(s). | Case No. 2:11-cv-00254-JAM-DAD<br><br>**ORDER ON DEFENDANT'S REQUEST TO REDACT PORTIONS OF TRANSCRIPT OF PROCEEDINGS HELD ON JANUARY 9, 2013, AT 10:00 A.M.** |

Defendant, PETER SFAKIANOS, M.D., has filed a request to redact portions of the Court's transcript of proceedings in this case held on January 9, 2013, at 10:00 a.m. on Plaintiff's motion for summary judgment and partial summary judgment. The parties previously stipulated to the confidentiality of documents in this matter pertaining to Defendant's personal matters, including health and medical history and financial information. The Court previously granted a request to file under seal documents containing such information. The transcript of proceedings at issue contains such information deemed by the parties to be confidential. Defendant has submitted a redacted copy of said transcript with his application for order redacting transcript.

1   Good cause appearing, IT IS HEREBY ORDERED that the unredacted transcript of

2   proceedings held on January 9, 2013, at 10:00 a.m. in this matter, on Plaintiff's motion for

3   summary judgment and partial summary judgment be sealed and that only the redacted

4   copy attached to Defendant's application be made available for public view.

5

6   DATED:  4/15/2013                                    /s/ John A. Mendez_____

7                                                                Hon. John A. Mendez
                                                                 United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON DEFENDANT'S REQUEST TO REDACT PORTIONS OF TRANSCRIPT OF PROCEEDINGS HELD ON
JANUARY 9, 2013, AT 10:00 A.M.