1  MICHAEL K. BRISBIN  SBN 169495)
   michael.brisbin@wilsonelser.com
2  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-9295
   Facsimile:     (415) 434-1370
6
   Attorneys for Plaintiff
7  THE UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK
8
9  MARK A. CAMPBELL
   Email: mcampbell@murphycampbell.com
10 MURPHY CAMPBELL GUTHRIE AND ALLISTON
   8801 Folsom Boulevard, Suite 230
11 Sacramento, CA 95826
   (916) 484-3501 x204
12 Fax: (916) 484-3511
13
   Attorneys for Defendant
14 PETER SFAKIANOS, M.D.

15                    **UNITED STATES DISTRICT COURT**

16                    **EASTERN DISTRICT OF CALIFORNIA**

17

18 | **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,** | ) | Case No. 2:11-cv-00254-JAM-DAD |
   
                                 Plaintiff,

        v.                                **STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL CONFERENCE DATE FOR 7 – 14 DAYS: (LR 143, 144)**

   **PETER SFAKIANOS, M.D. and DOES 1-10,**

                                                Hon. John A. Mendez
                                 Defendants.

        The Parties, Plaintiff The United States Life Insurance Company in the City of New York ("Plaintiff"), and Defendant Peter Sfakianos, M.D. ("Defendant"), through their attorneys of record, hereby request that this Court continue the pretrial conference for 7 – 14 days for good cause as follows:

                                              1

The pretrial conference in this matter is currently set for May 3, 2013. U.S. Life has undertaken a review of Defendant's residual disability claim. It was anticipated that the review would be completed by this time. However, it has come to the attention of counsel for Plaintiff that the information provided to U.S. Life following the Court's ruling on the summary judgment motion was not transmitted to U.S. Life's Claims Department until two weeks prior to the filing of this stipulation. In addition, DRMS, the claims administrator who adjudicated the 2006 claim is no longer performing claims administration for U.S. Life and new analysts are now involved. At present, U.S. Life has not completed its review and anticipates needing an additional 7 – 14 days to review the residual disability claim.

I view of the foregoing, the Parties hereby submit this stipulation for an order continuing the pretrial conference for 7 – 14 days as best accommodates this Court in order for U.S. Life to complete the review of the residual disability claim.

SO STIPULATED:

Date:   May 1, 2013        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Dennis J. Rhodes*
MICHAEL K. BRISBIN
DENNIS J. RHODES
Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

Date:   May 1, 2013        MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By: */s/ Mark A. Campbel l*
MARK A. CAMPBELL
Attorneys for Defendant
PETER SFAKIANOS, M.D.

IT IS SO ORDERED:

Pursuant to the stipulation of the parties, the pretrial conference is continued to May 17, 2013 at 10:00 a.m.

Dated:  5/1/2013        /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge