MICHAEL K. BRISBIN  SBN 169495)
michael.brisbin@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-9295
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

MARK A. CAMPBELL
Email: mcampbell@murphycampbell.com
MURPHY CAMPBELL GUTHRIE AND ALLISTON
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
(916) 484-3501 x204
Fax: (916) 484-3511

Attorneys for Defendant
PETER SFAKIANOS, M.D.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,**<br><br>              Plaintiff,<br><br>       v.<br><br>**PETER SFAKIANOS, M.D. and DOES 1-10,**<br><br>              Defendants. | Case No. 2:11-cv-00254-JAM-DAD<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER CONTINUING THE PRETRIAL CONFERENCE DATE FOR 7 – 14 DAYS: (LR 143, 144)**<br><br>Hon. John A. Mendez |

The Parties, Plaintiff The United States Life Insurance Company in the City of New York ("Plaintiff"), and Defendant Peter Sfakianos, M.D. ("Defendant"), through their attorneys of record, hereby request that this Court continue the pretrial conference for 7 – 14 days for good cause as follows:

The pretrial conference in this matter is currently set for May 3, 2013. U.S. Life has undertaken a review of Defendant's residual disability claim. It was anticipated that the review would be completed by this time. However, it has come to the attention of counsel for Plaintiff that the information provided to U.S. Life following the Court's ruling on the summary judgment motion was not transmitted to U.S. Life's Claims Department until two weeks prior to the filing of this stipulation. In addition, DRMS, the claims administrator who adjudicated the 2006 claim is no longer performing claims administration for U.S. Life and new analysts are now involved. At present, U.S. Life has not completed its review and anticipates needing an additional 7 – 14 days to review the residual disability claim.

I view of the foregoing, the Parties hereby submit this stipulation for an order continuing the pretrial conference for 7 – 14 days as best accommodates this Court in order for U.S. Life to complete the review of the residual disability claim.

SO STIPULATED:

Date:   May 1, 2013          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Dennis J. Rhodes*
MICHAEL K. BRISBIN
DENNIS J. RHODES
Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

Date:   May 1, 2013          MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By:   */s/ Mark A. Campbel l*
MARK A. CAMPBELL
Attorneys for Defendant
PETER SFAKIANOS, M.D.

IT IS SO ORDERED:

Pursuant to the stipulation of the parties, the pretrial conference is continued to May 17, 2013 at 10:00 a.m.

Dated:  5/1/2013                                        /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge