MICHAEL K. BRISBIN  SBN 169495)
michael.brisbin@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-9295
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

MARK A. CAMPBELL
Email: mcampbell@murphycampbell.com
MURPHY, CAMPBELL, ALLISTON AND QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Tel.: (916) 484-3501 x204
Fax: (916) 484-3511

Attorneys for Defendant
PETER SFAKIANOS, M.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,**<br><br>            Plaintiff,<br><br>     v.<br><br>**PETER SFAKIANOS, M.D. and DOES 1-10,**<br><br>            Defendants. | Case No. 2:11-cv-00254-JAM-DAD<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER VACATING THE RULING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT/ADJUDICATION**<br><br>**LR 143**<br>**FRCP 54(b)**<br><br>Hon. John A. Mendez |

The Parties, Plaintiff The United States Life Insurance Company in the City of New York ("Plaintiff"), and Defendant Peter Sfakianos, M.D. ("Defendant"), through their attorneys of record,

1

1 hereby stipulate that, pursuant to Fed. R. Civ. P. 54(b), the Court enter an Order vacating the
2 January 9, 2013 ruling and the subsequent order entered January 23, 2013, on Plaintiff's motion for
3 summary judgment.
4     In support of their joint motion, the Parties state as follows:
5     1.    This case involves a claim for long term disability benefits submitted by Defendant
6 to Plaintiff.  Plaintiff initiated this declaratory relief action on January 27, 2011.
7     2.    On January 9, 2013, this Court granted partial summary judgment in favor of
8 Plaintiff with respect to the issue of total disability.  The issue of residual disability was determined
9 to be a question of fact and thus left for trial.
10     3.    The Parties subsequently attended a mandatory settlement conference on June 25,
11 2013, conducted by the Honorable Kendall J. Newman.
12     4.    During the settlement conference, the Parties engaged in good faith settlement
13 discussions in an effort to minimize the cost of trial and to preserve judicial economy.
14     5.    The Parties' discussions during the settlement conference resulted in a Settlement
15 Agreement that allows the Parties to avoid protracted litigation.
16     6.    As part of the agreement, the Parties agreed to ask this Court to vacate and withdraw
17 its January 9, 2013 ruling and the subsequent Order Re Plaintiff's motion for summary judgment.
18     7.    There has been no final disposition in this matter, nor has a final judgment been
19 entered in favor of or against any party in this case.

## DISCUSSION

21 According to Fed. R. Civ. P. 54(b), "any order or other decision, however designated, that
22 adjudicates fewer than all the claims or the rights and liabilities of fewer than all the Parties does
23 not end the action as to any of the claims or Parties and may be revised at any time before the entry
24 of a judgment adjudicating all the claims and all the Parties' rights and liabilities."  In other words,
25 "pursuant to Federal Rule of Civil Procedure 54(b), a partial summary judgment order is subject to
26 vacation at any time prior to final judgment." *Persistence Software, Inc. v. Object People, Inc.*, 200
27 F.R.D. 626, 627, 2001 U.S. Dist. LEXIS 12534 (N.D. Cal. 2001); *see also United States Gypsum*
28

2

1  *Co. v. Pac. Award Metals, Inc.*, 2006 U.S. Dist. LEXIS 47237 (N.D. Cal. July 3, 2006).  In this case, the court's January 9, 2013 ruling and the subsequent order was clearly interlocutory in nature.  Therefore, the "order is subject to vacation at any time prior to final judgment." *Id*.

Courts within the Ninth Circuit have, at the joint request of litigants, commonly granted requests to vacate interlocutory orders including partial summary judgment. *See United States Gypsum Co.*, 2006 U.S. Dist. LEXIS 47237 (granting joint motion to vacate interlocutory summary judgment and enter dismissal order pursuant to terms of settlement agreement); *Sony Pictures Entm't Inc. v. Fireworks Entm't Group, Inc*., 2002 U.S. Dist. LEXIS 28457 (C.D. Cal. Nov. 5, 2002) (vacating previous interlocutory orders "[i]n the interests of justice and in view of the settlement of the parties"); *Persistence Software, Inc.*, 200 F.R.D. 626, 627, 2001 U.S. Dist. LEXIS 12534, *4 ("in light of defendants' statement of non-opposition and in light of the parties' complete settlement of this case, as well as the companion case…the court finds that no other considerations justify the denial of plaintiff's motion to vacate."); *De La O v. Arnold-Williams*, 2008 U.S. Dist. LEXIS 68334 (E.D. Wash. Aug. 28, 2008) (granting joint motion to vacate interlocutory orders).  Additionally, the Ninth Circuit vacated its own previous decision pursuant to a settlement prior to an *en banc* hearing in *Animal League Defense Fund v. Veneman*, 490 F.3d 725 (9th Cir. 2007) *vacating Animal League Defense Fund v. Veneman*, 469 F.3d 826, 835 (9th Cir. 2006).

Based on the foregoing, the Parties respectfully request that the January 9, 2013 ruling and the Order issued January 23, 2013, on Plaintiff's motion for Summary Judgment be vacated and withdrawn.

SO STIPULATED:

Date: August 28, 2013            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:     */s/ Dennis J. Rhodes*
        MICHAEL K. BRISBIN
        DENNIS J. RHODES
        Attorneys for Plaintiff
        THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

1 | Date: August 28, 2013             MURPHY, CAMPBELL, ALLISTON & QUINN

2 |                                            By: */s/ Mark A. Campbell*
                                             MARK A. CAMPBELL
3 |                                            Attorneys for Defendant
                                             PETER SFAKIANOS, M.D.
4 |

5 | IT IS SO ORDERED:

6 |        Pursuant to the stipulation of the parties, the ruling and Order granting in part and denying

7 | in part Plaintiff's motion for summary judgment is hereby vacated.

8 |

9 | Dated: 8/29/2013                                     /s/ John A. Mendez_____
                                                       Hon. John A. Mendez
10 |                                                    United States District Court Judge

# CERTIFICATE OF SERVICE

*THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK v. PETER SFAKIANOS, M.D. and DOES 1-10*
U.S.D.C. Eastern District Case No. 2:11-cv-00254-JAM-DAD

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF THE PARTIES FOR AN ORDER VACATING ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (LR 143)**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : <u>By United States Mail</u>. I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : <u>By Overnight Delivery</u>. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : <u>By Messenger Service</u>. I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : <u>By Fax Transmission</u>. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : <u>By Electronic Service</u>. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

**Mark A. Campbell**
Murphy, Campbell, Alliston & Quinn
8801 Folsom Boulevard
Suite 230
Sacramento, CA 95826
(916) 484-3501 x204
Fax: (916) 484-3511
Email: mcampbell@murphycampbell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  EXECUTED on August 28, 2013 at San Francisco, California.

*/s/ Liza H. Cachero*
Liza H. Cachero
