1  MICHAEL K. BRISBIN  SBN 169495)
   michael.brisbin@wilsonelser.com
2  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:    (415) 433-9295
   Facsimile:    (415) 434-1370
6
   Attorneys for Plaintiff
7  THE UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK
8

9  MARK A. CAMPBELL
   Email: mcampbell@murphycampbell.com
10 MURPHY CAMPBELL ALLISTON & QUINN
   8801 Folsom Boulevard, Suite 230
11 Sacramento, CA 95826
   (916) 484-3501 x204
12 Fax: (916) 484-3511

13
   Attorneys for Defendant
14 PETER SFAKIANOS, M.D.

15

16                       **UNITED STATES DISTRICT COURT**

17                       **EASTERN DISTRICT OF CALIFORNIA**

18

19 | **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,** | ) ) ) | Case No. 2:11-cv-00254-JAM-DAD |
   |---|---|---|
   |  | ) |  |
   | Plaintiff, | ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)(2)]** |
   | v. | ) ) | Hon. John A. Mendez |
   | **PETER SFAKIANOS, M.D. and DOES 1-10,** | ) ) ) |  |
   | Defendants. | ) ) ) |  |

26

27

28
                                        1
   STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)(2)]
   Case No. 2:11-cv-00254-JAM-DAD
   1066800.1

It is hereby stipulated by and between the parties to this action through their counsel of record that the above-captioned action is dismissed with prejudice, pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own costs, expenses and fees.

SO STIPULATED:

Date: September 25, 2013          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:     */s/ Dennis J. Rhodes*
        MICHAEL K. BRISBIN
        DENNIS J. RHODES
        Attorneys for Plaintiff
        THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK


Date: September 25, 2013          MURPHY CAMPBELL ALLISTON & QUINN

By:     */s/Mark A. Campbell*
        MARK A. CAMPBELL
        Attorneys for Defendant
        PETER SFAKIANOS, M.D.


IT IS SO ORDERED:

Pursuant to the stipulation of the parties, this matter is dismissed with prejudice. Each party to bear its own costs, expenses and fees.


Dated:  9/25/2013                            */s/ John A. Mendez*
                                             Hon. John A. Mendez
                                             United States District Court Judge