1  MICHAEL K. BRISBIN  SBN 169495)
   michael.brisbin@wilsonelser.com
2  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-9295
   Facsimile:     (415) 434-1370
6
   Attorneys for Plaintiff
7  THE UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK
8
9  MARK A. CAMPBELL
   Email: mcampbell@murphycampbell.com
10 MURPHY CAMPBELL ALLISTON & QUINN
   8801 Folsom Boulevard, Suite 230
11 Sacramento, CA 95826
   (916) 484-3501 x204
12 Fax: (916) 484-3511
13
   Attorneys for Defendant
14 PETER SFAKIANOS, M.D.

15

16                    **UNITED STATES DISTRICT COURT**

17                    **EASTERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,** | Case No. 2:11-cv-00254-JAM-DAD |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)(2)]** |
| v. | Hon. John A. Mendez |
| **PETER SFAKIANOS, M.D. and DOES 1-10,** | |
| Defendants. | |

1
STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)(2)]
Case No. 2:11-cv-00254-JAM-DAD
1066800.1

1   It is hereby stipulated by and between the parties to this action through their counsel of
2   record that the above-captioned action is dismissed with prejudice, pursuant to the parties'
3   agreement to resolve the disputed claim.  Each party to bear its own costs, expenses and fees.
4   SO STIPULATED:
5
6   Date: September 25, 2013         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
7                                   By:    /s/ Dennis J. Rhodes
                                           MICHAEL K. BRISBIN
8                                          DENNIS J. RHODES
                                           Attorneys for Plaintiff
9                                          THE UNITED STATES LIFE INSURANCE COMPANY IN
10                                         THE CITY OF NEW YORK
11
12
    Date: September 25, 2013         MURPHY CAMPBELL ALLISTON & QUINN
13
                                    By:    /s/Mark A. Campbell
14                                         MARK A. CAMPBELL
                                           Attorneys for Defendant
15                                         PETER SFAKIANOS, M.D.
16
17  IT IS SO ORDERED:
18      Pursuant to the stipulation of the parties, this matter is dismissed with prejudice.  Each party
19  to bear its own costs, expenses and fees.
20
21  Dated:  9/25/2013                                    /s/ John A. Mendez
22                                                      Hon. John A. Mendez
                                                        United States District Court Judge
23
24
25
26
27
28